No. 302, Misc. DeVane, U. S. District Judge, v. U. S. Court of Appeals for the Fifth Circuit et al. The motion for leave to file petition for writ of prohibition, mandamus, and certiorari is denied. *Harry G. Fuerst* and *William Paul Allen* for petitioner. *Charles Cook Howell* for the Atlantic Coast Line Railroad Company, respondent.

No. 366, Misc. Murphy v. Robinson, Warden. The motion for leave to file petition for writ of habeas corpus is denied.

No. 377, Misc. Johnson v. Lawrence, Superintendent. The motion for leave to file petition for writ of certiorari is denied.

No. 453. Garner et al. v. Board of Public Works of the City of Los Angeles et al. District Court of Appeal of California, Second Appellate District. Certiorari granted. *John T. McTernan* for petitioners. *Ray L. Chesebro* and *Bourke Jones* for respondents.

No. 328. Gross Income Tax Division, Indiana Department of State Revenue, v. W. B. Conkey Co. Supreme Court of Indiana. Certiorari denied. *J. Emmett McManamon,* Attorney General of Indiana, and *John J. McShane, Lloyd C. Hutchinson* and *Joseph E. Nowak,* Deputy Attorneys General, for petitioner.

No. 429. Sparks et al. v. Civil Aeronautics Board et al. C. A. 2d Cir. Certiorari denied. *Hardy K. Mac-*